

FILED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHANNON DAY HILL, )
1401 H Street NW )
Washington, DC 20005 )
)
)
Plaintiff, )
)   Case: 1:07-cv-01455
v. )   Assigned To : Roberts, Richard W.
)   Assign. Date : 8/13/2007
WILLIAM CRUMMETT, )   Description: PI/Malpractice
801 I Street NW )
Washington, DC 20005, )
)
)
Defendant. )
)

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and 2679(d)(2). In support of that notice, the Attorney General states as follows:

1. William Crummett is the defendant in the civil action styled <u>Shannon Day Hill v. William Crummett</u>, now pending in the Superior Court of the District of Columbia, Civil Action No. 07-0004772.

2. The above-entitled action was filed on or around July 12, 2007, and a copy of the complaint is attached hereto as Exhibit 1. The action has not yet proceeded to trial.

3. At the time of the incidents alleged in the complaint, plaintiff and defendant were employees of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). Plaintiff was a federal agent for ATF and defendant was her supervisor. Plaintiff's complaint raises assault and battery claims, alleging that defendant: (1) intentionally touched her without her consent by

1

"grabbing" an identification that was hanging on her neck; and (2) "clandestinely arranged to enter the elevator in which plaintiff was alone to cause further apprehension and fear towards plaintiff." Compl. ¶¶ 6, 8.

4. On the basis of the Complaint and other available information, Rudolph Contreras, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Mr. Crummett was acting within the scope of his respective office or employment at the time of the alleged incidents. See Ex. 2; 28 C.F.R. § 15.4. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law and without order of the Court, be substituted for Mr. Crummett as the sole defendant in this action. In addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

5. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against an official of the United States government, for actions allegedly taken while acting within the scope of his office or employment, and therefore removal is also authorized by 28 U.S.C. § 1441(a).

6. Furthermore, plaintiff's complaint appears to be an attempt to sue Mr. Crummett in his individual capacity for damages. However, because defendant is an officer of an agency of the United States and was acting under color of his office, 28 U.S.C. § 1442(a)(1) provides another statutory basis for removal of this action.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 (a)(1), 1446, and 2679(d).

August 10, 2007                    Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action, Westfall Certification, and Notice of Filing of Notice of Removal of a Civil Action to be served by first class mail upon plaintiff through her attorney at:

Athan T. Tsimpedes
1420 New York Avenue, NW 7th Floor
Washington DC 20005

on this 10th day of August 2007.

_____
ROBIN MERIWEATHER, DC Bar # 490114
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 514-7198
robin.meriweather2@usdoj.gov

# CIVIL COVER SHEET

07-1455 RWR

## I (a) PLAINTIFFS

Shannon Day Hill

1100

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington, D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

William Crummett

11001

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Athan T. Tsimpedes
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, NW, 7th Floor
Washington, DC 20005
(202) 638-2100

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01455
Assigned To : Roberts, Richard W.
Assign. Date : 8/13/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

⊙ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*     OR     ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding ● 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
assault and battery by supervisor, removed pursuant to 28 U.S.C. 1441, 1442, and 1446

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 200,000    Check YES only if demanded in compl:  JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒   If yes, please complete related case form.

DATE 8/10/07   SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANNON DAY HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM CRUMMETT, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-_____ |

### WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Shannon Day Hill v. William Crummett</u>, now pending in the Superior Court of the District of Columbia, Civil Division, Civil Action No. 07-0004772 (filed July 12, 2007), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant William Crummett was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

August 9, 2007

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney
Chief, Civil Division

FILED
AUG 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

| SHANNON DAY HILL | |
|---|---|
| *Plaintiff* | 07-0004772 |
| vs. | Civil Action No. |
| WILLIAM CRUMMETT | |
| *Defendant* | |

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below**. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

ATHAN T. TSIMPEDES
Name of Plaintiff's Attorney

1420 New York Avenue, NW, 7th Floor
Address
Washington, DC 20005
202-638-2100
Telephone

By _____
Deputy Clerk

Date 7/05/07   7/18/07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

07 1455

FILED
AUG 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IMPORTANT:** IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME S] ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAIN YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or co Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask f p.

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| SHANNON DAY HILL<br>1401 H Street NW<br>Washington, DC 20005<br><br>Plaintiff.<br><br>v.<br><br>WILLIAM CRUMMETT<br>801 I Street NW<br>Washington, DC 20005<br><br>Defendant. | 07-0004772<br><br>Civil Action No. _____ |

## COMPLAINT

COMES NOW, Plaintiff SHANNON DAY HILL, by and through her attorney, Athan T. Tsimpedes, and complains of Defendant WILLIAM CRUMMETT and says:

### NATURE OF THE CASE

This matter arises from the wrongful and abusive intentional touching of HILL by her Supervisor Defendant CRUMMETT towards his co-worker

### PARTIES, JURISDICTION AND VENUE

1.    Plaintiff SHANNON DAY HILL is married with children and a resident of the Commonwealth of Virginia. Mrs. Hill is employed in the District of Columbia.

2.    Defendant WILLIAM CRUMMETT is gainfully employed in the District of Columbia.

3.    This court has proper jurisdiction and is the appropriate venue because the acts complained of occurred in the District of Columbia.

## BACKGROUND FACTS

4. Plaintiff is employed as a federal agent for the ATF located in Washington, DC.

5. Defendant is employed by the ATF located in Washington, DC and was Plaintiff's supervisor.

6. On March 12, 2007, Defendant intentionally and wrongfully touch Plaintiff without her consent by grabbing identification hanging on Plaintiff's neck.

7. Defendant by his conduct intended to cause Plaintiff to fear or otherwise become apprehensive towards Defendant.

8. On March 14, 2007, Defendant clandestinely arranged to enter the elevator in which Plaintiff was alone to cause further apprehension and fear towards Plaintiff.

9. As a result of Defendant's intentional conduct mentioned herein, Plaintiff became injured and fearful, apprehensive for her safety and well being, could not sleep, humiliated, embarrassed, ashamed an nauseous.

## COUNT ONE
(Battery)

10. Plaintiff realleges paragraphs 1 through 9 of this Complaint as set forth in full.

11. Defendant intentionally and wrongfully touched plaintiff.

12. Defendant intentional touching of Plaintiff was harmful or offensive.

13. Defendant intended his touching of Plaintiff to be harmful or offensive.

14. Plaintiff did not consent to Defendant's harmful or offensive touching.

15. As a result of Defendant's intentional harmful or offensive touching, Plaintiff suffered injuries.

WHEREFORE, Plaintiff demands judgment from Defendant for compensatory and actual damages according to proof, and Punitive Damages in the amount of TWO HUNDRED THOUSAND DOLLARS ($200,000.00), plus interests and costs.

### COUNT TWO
### (Assault)

16. Plaintiff realleges paragraphs 1 through 15 of this Complaint as set forth in full.

17. Defendant acted in such a manner to place Plaintiff in apprehension of an imminent battery.

18. Defendant's intentional conduct to place Plaintiff in apprehension of an imminent battery did cause Plaintiff to fear an imminent battery.

19. Plaintiff did not consent to Defendant's intentional conduct.

20. As a result of Defendant's intentional harmful or offensive touching, Plaintiff suffered injuries.

WHEREFORE, Plaintiff demands judgment from Defendant for compensatory damages and Punitive Damages in the amount of TWO HUNDRED THOUSAND DOLLARS ($200,000.00), plus interests and costs.

### JURY DEMAND

Plaintiff requests trial by jury on all issues.

Respectfully submitted,

/s/

Athan T. Tsimpedes, Esq.
Bar No.: 452341
LAW OFFICES OF ATHAN T. TSIMPEDES
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
(202) 638-2100
atsimpedes@comcast.net
*Attorney for SHANNON DAY HILL*



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

SHANNON DAY HILL
   Vs.
WILLIAM CRUMMETT

C.A. No.    2007 CA 004772 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

                                                           Chief Judge Rufus G. King, III

Case Assigned to: Judge MELVIN R WRIGHT
Date: July 12, 2007
Initial Conference: 9:30 am, Friday, October 12, 2007
Location: Courtroom 200
         500 Indiana Avenue N.W.
         WASHINGTON, DC 20001

Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_SHANNON D. HILL_
Plaintiff

v.

_William Crummett_
Defendant

Civil Action No. 07 1455

AUG 13 2007

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **ROBERTS, J. RWR**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: ATHAN T. TSIMPEDES

929A
Rev. 7/02