UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANNON DAY HILL, <br> 1401 H Street NW <br> Washington, DC 20005 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 07-1455 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendant the United States of America, through undersigned counsel, hereby requests that the Court grant Defendant a 45- day enlargement of time to answer Plaintiff's Complaint, making Defendant's Answer due October 4, 2007. Defendant's answer was due August 20, 2007. *See* Fed. R. Civ. P. 81(c). Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants has conferred with Plaintiff to obtain Plaintiff's position on this motion. However counsel for Plaintiff had not responded as of the time Defendant filed this motion.

This is a Federal Tort Claims Act case which originated in the Superior Court of the District of Columbia as Civil Action No. 07-0004772. Pursuant to 28 U.S.C. §§ 1441(a), 1442 (a)(1), 1446, and 2679(d), Defendant removed the case to this Court on August 13, 2007, and requested that the United States be substituted as the sole Defendant. See Dkt. Entry 1. The complaint raises assault and battery claims, alleging that William Crummett, Plaintiff's supervisor at the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"):  (1)

intentionally touched her without her consent by "grabbing" an identification that was hanging on her neck; and (2) "clandestinely arranged to enter the elevator in which plaintiff was alone to cause further apprehension and fear towards plaintiff." Compl. ¶¶ 6, 8.

Defendant's answer was due within 20 days of receipt of the initial pleading, within 20 days after service of the summons, or within 5 days after the filing of the petition for removal, whichever was longest. See Fed. R. Civ. P. 81(c). Accordingly, Defendant's answer was due August 20, 2007. Defendant did not file the instant enlargement motion before August 20, 2007 because the undersigned Assistant United States Attorney was not aware of Rule 81(c)'s requirements. However, Defendant promptly prepared the instant motion upon learning that Rule 81(c) allowed only 5 days for a responsive pleading. Thus the untimeliness of Defendant's enlargement motion was inadvertent, and is attributable to excusable neglect. See Fed R. Civ. P. 6(b)(2); In re: Vitamins Antitrust Class Actions, 327 F.3d 1207, 1209 (D.C. Cir. 2003) (defining legal standard for determining excusable neglect).

Defendant wishes to respond to Plaintiff's complaint expeditiously. However, Defendant needs additional time to investigate the facts underlying Plaintiff's allegations, and to prepare its answer or other responsive pleading. Although Defendant ordinarily would have 60 days to investigate those facts and prepare an answer, Defendant has requested a more modest extension in an effort to accommodate the Court's and plaintiff's interest in the swift resolution of this case.

Defendant has not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 45 days to answer plaintiff's complaint — making said Answer due — should cause no prejudice or undue delay.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court GRANT Defendant's Motion for Extension of Time to File Answer.

Dated: August 28, 2007

                                                Respectfully submitted,

                                                /s/
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                                /s/
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            /s/ Robin M. Meriweather
                                            ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                            Assistant United States Attorney
                                            555 Fourth St., N.W.
                                            Washington, D.C.  20530
                                            Phone: (202) 514-7198
                                            Fax: (202) 514-8780
                                            Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Athan T. Tsimpedes
1420 New York Avenue, NW 7th Floor
Washington DC 20005

       /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANNON DAY HILL,<br>1401 H Street NW<br>Washington, DC 20005<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-1455<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

　　ORDERED that Defendant's Motion for Extension of Time to File Answer be and is hereby GRANTED.

　　It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by October 4, 2007.

　　SO ORDERED.

_____
United States District Judge