IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| SHANNON DAY HILL | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-1455 |
| UNITED STATES | : |
| Defendant | : |

**CONSENT MOTION AND ORDER FOR
ENLARGEMENT OF TIME TO FILE OPPOSITION**

Plaintiff SHANNON DAY HILL ("HILL") by and through her undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby respectfully requests this Court to enlarge the time in which HILL may file her Opposition in response to the Motion to Dismiss filed by Defendant, The Government of the UNITED STATES filed on October 4, 2007 that is currently due on or by October 17, 2007. Plaintiff requests an additional three weeks (21 days) for Plaintiff to file her response to Defendant's Motion to Dismiss. Plaintiff's counsel is overburdened with his caseload and respectfully requests additional time to accommodate his work schedule. Plaintiff's counsel is co-lead counsel of a class action lawsuit involving McDonald's (French fry litigation)- MDL-1784 in the United State District Court for the Northern District of Illinois. Recently, Plaintiff's counsel has now been involved in the Topps meat litigation regarding E.Coli. injuries. Plaintiff's counsel is requesting time so he may be able to accommodate his work schedule that spans several jurisdictions. Plaintiff represents that counsel for Defendant, Robin Meriweather, consents to this extension and authorizes such a

representation to this Court; and for good cause shown,

IT APPEARING TO THE COURT that Plaintiff's response to Defendant's Motion to Dismiss is due on October 17, 2007; it is therefore

ORDERED that plaintiff SHANNON DAY HILL shall have until November 12, 2007 to file her Oppositions to Defendant's Motion to Dismiss filed in this matter.

ENTERED this _____ day of _____ 2007.

_____
JUDGE, United States District Court

By: _____/s/_____
    Athan T. Tsimpedes, Esq.
    Bar no. 452341
    Law Offices of Athan T. Tsimpedes
    1420 New York Avenue, NW
    7th Floor
    Washington. D.C. 20005
    atsimpedes@comcast.net
    Attorney for SHANNON DAY HILL

## CERTIFICATE OF SERVICE

**I** hereby certify that on his 15th day of October 2007, the foregoing document was sent by U.S. mail, first class, postage prepaid and electronic mail on:

Robin M. Meriweather
Assistant United States Attorney
Civil Division
555 4th Street N.W.
Washington, DC 20530

_____/s/_____
Athan T. Tsimpedes, Esq.