## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHANNON DAY HILL,                   :
                                    :
    Plaintiff,               :
                                    :
                                    :
v                                   :    Case No. 07-1455 (RWR)
                                    :
UNITED STATES                       :
                                    :
                                    :
    Defendant                :
_____   :

## <u>CONSENT MOTION  FOR ENLARGMENT OF TIME TO FILE OPPOSITION</u>

    Plaintiff, SHANNON DAY HILL, through her counsel, Athan Tsimpedes, with the consent of Defendant, The Government for the United States, through its counsel, pursuant to the Federal Rules for Civil Procedure, move this court to extend the time in which Plaintiff must file her opposition to Defendant's Motion to Dismiss.  In support, the parties state:

1.    Plaintiff was granted an initial enlargement due to the heavy caseload of her attorney in this matter. The Plaintiff has until November 12, 2007 to file her opposition.   Unfortunately, the heavy caseload and other factors have taken a toll on Plaintiff's counsel's health necessitating this instant motion.

2.    Plaintiff's counsel was diagnosed with pneumonia.   He was release from the hospital this past Tuesday evening, on November 6, 2007 while prescribed steroids, antibiotics and an asthma inhaler.   Asthma resulted from the pneumonia and further affects the abilities and health of Plaintiff's counsel[1].

---

[1] Plaintiff's counsel shall provide his hospital records upon request regarding this matter.

3.      Plaintiff's counsel assumed he could work through this time but it has been extremely difficult to do anything.   As a result of the unexpected illness, Plaintiff seeks a 10 day enlargement for time to file her opposition in this matter.

4.      Plaintiff's counsel contacted the US Attorney, Robin Merriweather, who was informed of the circumstances and has consented to the enlargement of time requested by Plaintiff's counsel.

5.      This motion is sought in order to avoid any prejudice to the parties and good cause being shown.

6.      This is Plaintiff's final request for an extension on this issue.

7.      This request is sought in the interests of justice and not delay.

WHEREFORE, Plaintiff, with the consent of the Defendant, respectfully request that Plaintiff be provided an additional 10 days to file her opposition in this matter.


Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
Bar no. 452341
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, NW
7th floor
Washington, DC 20005
*Attorney for Shannon Day Hill*

## **CERTIFICATE OF SERVICE**

    **I** hereby certify that on this 12th day of November 2007,  a filed and correct copy of the foregoing document was  sent by U.S. mail, first class, postage prepaid, and electronic mail

Robin M. Meriweather , Esq.
Assistant United States Attorney
Civil Division
555 4th Street N.W.
Washington, DC 20530

                      _____/s/_____
                      Athan T. Tsimpedes, Esq.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHANNON DAY HILL,             :

      Plaintiff,               :

                              :

v                             :   Case No. 07-1455 (RWR)

                              :

UNITED STATES          :

                              :

      Defendant            :

_____ :

IT APPEARING TO THE COURT that Plaintiff requires additional time to file her opposition, and good cause being shown, it is therefore

**ORDERED** that Plaintiff's Opposition shall be due on or before November 22, 2007.

ENTERED this _____ day of _____ 2007.

_____
JUDGE, United States District Court
For The District Of Columbia.