UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANNON DAY HILL, <br> 1401 H Street NW <br> Washington, DC 20005 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-1455 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, through undersigned counsel, hereby requests that the Court grant Plaintiff a 30-day enlargement of time to oppose Defendant's motion to dismiss, making the opposition due December 21, 2007. Plaintiff's opposition currently is due November 22, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Plaintiff has conferred with counsel for Defendant to obtain Defendant's position on this motion. Defendant consents to the enlargement of time.

This is a Federal Tort Claims Act case which originated in the Superior Court of the District of Columbia as Civil Action No. 07-0004772. Pursuant to 28 U.S.C. §§ 1441(a), 1442 (a)(1), 1446, and 2679(d), Defendant removed the case to this Court on August 13, 2007, and requested that the United States be substituted as the sole Defendant. See Dkt. Entry 1. The complaint raises assault and battery claims, alleging that William Crummett, Plaintiff's supervisor at the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"): (1) intentionally touched her without her consent by "grabbing" an identification that was hanging

on her neck; and (2) "clandestinely arranged to enter the elevator in which plaintiff was alone to cause further apprehension and fear towards plaintiff." Compl. ¶¶ 6, 8.

Defendant has moved to dismiss the case for lack of jurisdiction. Plaintiff intends to oppose that motion. However, due to unforeseen medical conditions, Plaintiff's counsel has been hospitalized. As a result of that hospitalization and physicians' orders that Plaintiff's counsel abstain from work, counsel for Plaintiff has been unable to prepare an opposition memorandum. Plaintiff therefore seeks a further enlargement of the deadline for opposing Defendant's motion to dismiss.

Granting Plaintiff an additional 30 days to respond to the motion to dismiss should cause no prejudice or undue delay.

Dated: November 20, 2007

                                              Respectfully submitted,

                                              _____/s/ Athan Tsimpedes_____
                                              Athan T. Tsimpedes
                                              1420 New York Avenue, NW 7th Floor
                                              Washington DC 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANNON DAY HILL, <br> 1401 H Street NW <br> Washington, DC 20005 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-1455 |

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to File Opposition to Motion to Dismiss, it is this _____ day of _____, 2007,

ORDERED that Plaintiff's Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Plaintiff shall submit an opposition to Defendant's motion to dismiss on or before December 21, 2007.

SO ORDERED.

_____
United States District Judge