**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SHANNON DAY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-1455(RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the United States of America, through undersigned counsel, hereby requests that the Court grant Defendant a 21-day enlargement of time to file a reply in support of its motion to dismiss, making Defendant's reply due January, 2008. Defendant's reply currently is due January 7, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant has conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion. Plaintiff's counsel stated that he consents to the requested enlargement of time.

There is good cause to grant this motion. To prepare Defendant's reply, the undersigned Assistant United States Attorney must consult with agency counsel at the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") concerning the arguments raised in Plaintiff's opposition brief; in addition, agency counsel must review the reply before it is filed. Agency counsel is on leave through January 14, 2008. Accordingly, the undersigned will not be able to discuss the reply with her before that date. Defendant therefore respectfully requests that the deadline for its reply brief be extended through January 25, 2008.

Defendant has requested one prior enlargement of time.  There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 18 days to file a reply brief should cause no prejudice or undue delay.

Dated: January 3, 2008                           Respectfully submitted,

          /S/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

          /S/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2008, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Athan T. Tsimpedes
1420 New York Avenue, NW 7th Floor
Washington DC 20005

      /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANNON DAY HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1455 (RWR) |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendant's Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendant's reply is due on or before January 25, 2008.

SO ORDERED.

_____

United States District Judge