```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **SHANNON DAY HILL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1455 (RWR) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| Defendant. | ) |

### SHOW CAUSE ORDER

It is hereby

ORDERED that on or before June 9, 2008, the plaintiff show cause in writing why her request for discovery contained in her memorandum in opposition to the government's motion to dismiss should not be denied given her failure to provide an affidavit rebutting the government's scope-of-employment certification.

SIGNED this 30th day of May, 2008.

```
                              /s/
                    RICHARD W. ROBERTS
                    United States District Judge
```