UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| SHANNON DAY HILL | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) |
| | )    Civil Action No. 07-CV-1455 (RWR) |
| UNITED STATES | ) |
| | ) |
|        Defendant. | ) |

_____)

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIS COURT'S ORDER TO SHOW CAUSE

     Plaintiff, Shannon Day Hill, by and through her counsel, Athan T. Tsimpedes, with the consent of Defendant's counsel, pursuant to the Federal Rules of Civil Procedure, moves this court to extend the time for Plaintiff  to respond to this court's Order to Show Cause from June 9, 2008 to June 12, 2008.  In support, Plaintiff states as follows:

1.   On May 30, 2008 this court issued an Order to Show Cause for Plaintiff to respond by June 9, 2008 why limited discovery should not be denied.

2.   On June 4, 2008, the power in Plaintiff's counsel's home went down as did numerous homes in the DC metropolitan area. The heat alone made Plaintiff's counsel's home inhabitable.  The power was not restored until the late evening on June 6, 2008.  During this time Plaintiff's counsel could not perform work nor meet with his client.

3.   Plaintiff's counsel had planned to meet with his client on Thursday, June 5, 2008 and prepare a response over the past weekend . Unfortunately, the power outages also caused damage to plaintiff's hard drive where client files are stored. Plaintiff's counsel is having his hard drive files restored to complete his work for this matter.  However, time beyond June 9,

2008 is necessary to accommodate Plaintiff's counsel issues and to respond to this court's

Order.

4.   Plaintiff's counsel has also been dealing with substantial and severe medical issues that

Opposing counsel and this court are aware of from communication and prior filings.  As a

result, Plaintiff's counsel has limited his time at his office and has been working from home.

 Therefore, time beyond June 9, 2008 is necessary to accommodate the issues raised herein

and to respond to this court's Order.

5.   The circumstances mentioned herein demonstrates good faith in filing this motion.

6.  The circumstances have been communicated to the Government and is not opposed by

Government counsel, Robin Merriweather.

WHEREFORE, Plaintiff's Unopposed Motion to Extend the Time for Plaintiff to respond to the

court's Order to Show Cause should be Granted and the due date for Plaintiff's response is

extended to June 12, 2008.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
Attorney for Shannon Day Hill

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

**SHANNON DAY HILL**                )
                                    )
                    **Plaintiff,**   )
**v.**                              )
                                    )    **Civil Action No. 07-CV-1455 (RWR)**
**UNITED STATES**                   )
                                    )
                    **Defendant.**   )
_____)

**ORDER**

Upon consideration of the Unopposed Motion to Extend the Time to Respond to the Court's Order to Show Cause, it is this _____ day of _____, 2008, hereby GRANTED; and it is further

**ORDERED** that Plaintiff's time to respond to the Court's Order to Show Cause entered on May 30, 2008

has been extended to June 12, 2008.

SO ORDERED.

_____

United States District Judge