UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**SHANNON DAY HILL**            )
                                )
         Plaintiff,             )
                                )
**v.**                          )
                                )   **Civil Action No. 07-CV-1455 (RWR)**
                                )
**UNITED STATES**               )
                                )
         **Defendant.**         )
_____)

## MOTION FOR A ONE DAY ENLARGEMENT OF TIME TO FILE RESPONSE TO ORDER OF SHOW CAUSE

Plaintiff, SHANNON DAY HILL, by and through her counsel, Athan T. Tsimpedes, pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves this court to Enlarge the time to Respond to the Order to Show Cause.  In support Plaintiff states as follows:

1. This court granted Plaintiff's request for an extension of time to file a response to the Order to Show Cause, which is due June 12, 2008.
2. Plaintiff's counsel has purchased a new computer as a result of the power outage that damaged his computer system that necessitated the first motion for an enlargement of time.  Counsel has also purchased new software.
3. Plaintiff's counsel is having difficulty scanning the affidavit into a pdf file to respond to the Order to Show Cause.
4. Plaintiff's counsel cannot contact opposing counsel for consent as it is late in the evening.
5. Plaintiff's counsel in an abundance of caution is filing this motion to protect his client and seek a one day extension in order to convert the affidavit into a pdf file by no later than mid morning on June 13, 2008.
6. Plaintiff seeks this motion in good faith and not for delay.

WHEREFORE, Plaintiff having demonstrated good cause, this court should respectfully extend the time to file Plaintiff's affidavit as a Response to the Order of Show Cause.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes, Esq.
Bar No. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **SHANNON DAY HILL** | ) |
| | ) |
| Plaintiff, | ) |
| **v.** | ) |
| | )  **Civil Action No. 07-CV-1455 (RWR)** |
| **UNITED STATES** | ) |
| | ) |
| **Defendant.** | ) |
| _____) | |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Motion for a One Day Enlargement of Time, and any opposition thereto, it is this _____ day of June, 20008 hereby GRANTED, and it is

**ORDERED** that Plaintiff shall have until June 13, 2008 to file her response to the Order of Show Cause.

_____
Judge, United States District Court