```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
SHANNON DAY HILL,             )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 07-1455 (RWR)
                              )
UNITED STATES,                )
                              )
        Defendant.            )
_____)
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [4] to dismiss the complaint be, and hereby is, GRANTED. The complaint is DISMISSED.

This is a final, appealable order.

SIGNED this 25th day of June, 2008.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```